## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene Barry, | Civil No. 11-3694 (RHK/TNL) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | **WITH PREJUDICE** |
| Advantage Collection Professionals, Inc., | |
| Defendant. | |

Based on the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2), as filed by Plaintiff herein, **IT IS ORDERED** that the above-entitled action against Defendants is **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 16, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge